# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| WILLIAM CORNELIUS GIBBS, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:12-cv-00079-RLV |
| | ) | 5:09CR42-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2014 Order.

March 11, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court