IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:12CV79-RLV
(5:09CR42-RLV-DCK-1)

| | |
|---|---|
| WILLIAM CORNELIUS GIBBS, JR., ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____) | **O R D E R** |

UPON MOTION OF Petitioner (Doc. 4) for Reconsideration of the Court's prior Order dismissing Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence as an unauthorized, successive petition,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration is DENIED for the reasons given in the Court's Order dismissing Petitioner's motion to vacate.

Signed: March 19, 2014

Richard L. Voorhees
United States District Judge